GEORGE E. BROWN, Appellant, *v.* UNITED STATES EXPRESS REALTY COMPANY, Respondent, Impleaded with Others.

*Brown v. U. S. Express Realty Co.*, 160 App. Div. 764, affirmed. (Argued March 15, 1917; decided April 3, 1917.)

APPEAL from a judgment entered March 6, 1914, upon an order of the Appellate Division of the Supreme Court

in the first judicial department, reversing a judgment in favor of plaintiff, entered upon a verdict and directing a dismissal of the complaint in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants. Plaintiff while in the employ of the defendant realty company was directed by the engineer in charge of the building to go into the pit of an elevator shaft to make repairs. While engaged therein the engineer permitted two men to use the elevator for the purpose of carrying a heavy iron plate to a lower story. While attempting to carry it from the elevator it slipped through an opening between the floor landing and the elevator and, falling on to the plaintiff, caused the injuries complained of.

*Edwin P. Kilroe* and *Louis E. Swarts* for appellant.

*Bertrand L. Pettigrew* and *Walter L. Glenney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Not sitting: McLAUGHLIN, J.